Marcus F. Dawson — Name
1036 SE Douglas — Address
Roseburg OR 97470 — Address
Douglas County Jail — Address
1036 SE Douglas — City State and Zip
Roseburg OR 97470 — Phone
541-440-4440 — for [Plaintiff/Defendant]

WellPath
3340 Perimeter Hill Drive
Nashville TN, 97211
1800-592-2974

State of Oregon
1163 State St. — 503-986-5555
Salem OR 97301

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

Marcus Dawson

Plaintiff(s),

v.

Douglas County Jail
WellPath (medical provider)
State of Oregon

Defendant(s).

Case No.: 6:24-cv-01272-MO

DOCUMENT TITLE

Dated: 7-27-24

Marcus E. Dawson
Name

1

FILED 05 AUG '24 11:35 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

_____ DIVISION ?

Marcus E. Dawson
*(Enter full name of plaintiff)*

Plaintiff,

v.

Douglas County Jail
State of Oregon
Well-Path
*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 6:24-CV-01272-MO
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded
☐ Yes   ☐ No

## I. PARTIES

List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.

**Plaintiff**   Name: Marcus E. Dawson
Street Address: 1036 SE Douglas AVE.
City, State & Zip Code: Roseburg OR 97470
Telephone No.: 541-430-0354

Susan Dawson
~~Sefin Dawson~~
101 NE Ronald St.
Winston, OR 97496

Complaint for Violation of Civil Rights (Prisoner Complaint) 541-430-4578
[Rev. 01/2018]

Please Send Reply to both address MED

1

**Defendant No. 1**   Name: Douglas County Jail
Street Address: 1036 SE Douglas AVE
City, State & Zip Code: Roseburg OR 97470
Telephone No.: 541-440-4440

**Defendant No. 2**   Name: State of Oregon
Street Address: 1163 State St.
City, State & Zip Code: Salem OR 97301
Telephone No.: 503-986-5555

**Defendant No. 3**   Name: Wellpath (Medical Company for Jail)
Street Address: 3340 Perimeter Hill Drive
City, State & Zip Code: Nashville TN, 37211
Telephone No.: 1·800·592·2974

**Defendant No. 4**   Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

Complaint for Violation of Civil Rights (Prisoner Complaint)    2
[Rev. 01/2018]

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

The right to adequate Health Care/dental. As well as the right to practice my religous beliefs as well as conditions of confinement.

### III. STATEMENT OF CLAIMS

#### Claim I

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

I've been in custody for 6 months. I've requested to see a dentist for cavities and tooth pain as well as absessed teeth. However I have not seen a dentist yet and will now lose teeth that could have been saved. The jail had no dentist hired for several months. This should not be allowed.

#### Claim II

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

I am an Odinest. I've tried for several months to get

religous material as well as the Odinest bible. It's been like pulling teeth. I've missed very important bloots due to this which is a big deal in my religon. It is a human right that because of this jail and state has been stripped away.

**Claim III**

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

This jail has a fish tank architecture designed inmate facility. 8 cells that lock sepratley and open into a day room with a big locked sliding door. In this "Day room" is a bunk bed where I sleep. They consider this "my room" our time outside. In 180 days I've been out to rec maybe 5 times. This has put me nearly in a suicidal state of mind.

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒ Yes          ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

This inhumane treatment must not go unanswered. It has went on for years and years. Why the state has allowed this private facility to break law and human rights is beyond me. That's why I'm seeking help. Help to file law-suits and help to seek the most compensation one can seek.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 27 day of July, 2024.

Marcus E. Dawson.
*(Signature of Plaintiff)*

Complaint for Violation of Civil Rights (Prisoner Complaint)   5
[Rev. 01/2018]